UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PAUL SMITH,

                              *Plaintiff,*

              -*against*-

SHERIFF CARL E. DUBOIS, CORRECTION OFFICER SCOTT WORDEN (SHIELD #516), CORRECTION OFFICER "BROCKEL", SERGEANT PAUL BRAHAM (SHIELF #104), CORRECTION OFFICERS JOHN DOE #1-3 (the names "John Doe" being fictitious as the true names are presently unknown), individually as Orange County Jail Correction Officers,

                              *Defendants.*
------------------------------------------------------------------------X

*Civil Action No.:*
23-cv-08211(CS)

**ORDER**

    Upon the application of the parties for leave to take the deposition of Plaintiff, **PAUL SMITH**, an incarcerated individual at Fishkill Correctional Facility and the Court having granted leave for Defendants to take the Plaintiff's deposition pursuant to Fed. R. Civ. Pro. 30(a) and 30(a)(2)(B), **IT IS HEREBY ORDERED UPON THE CONSENT OF FISHKILL CORRECTIONAL FACILITY: (1)**: that the facility official in charge of the Fishkill Correctional Facility, is to produce incarcerated/individual **PAUL SMITH, DIN # 22B5034** for the taking of his <u>**virtual**</u> deposition on <u>**October 28, 2025**</u>; (2) that SMITH is to be produced in such place as designated by the facility, so his virtual deposition may be taken in a privileged setting where there are no other persons present in the room; (3) that the deposition is to begin at 9:30a.m. and go until 3:00p.m. (time window provided by the facility), via TEAMS (the facility's choice of platform); (4) the official in charge of producing SMITH shall facilitate that SMITH is provided with his meal tray (lunch) and water while in the designated room; and (5) the official in charge of producing SMITH shall communicate with Ellie Silverman at ellie@elliesilvermanlaw.com should any issues arise preventing this virtual deposition from occurring.

Dated: White Plains, New York
~~Westchester, New York~~

   October 3   , 2025

*Cathy Seibel*
_____
HON. CATHY SEIBEL, District Judge